AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1028(a)(4)(Possession of an Identification Document with Intent to Defraud the United States)(Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Maximum Prison Term of One Year
Maximum Fine of $100,000
Maximum Supervised Release Term of One Year
Special Assessment of $25

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ KEVIN THO NGUYEN, a/k/a Thiet Nguyen

DISTRICT COURT NUMBER

CR 08 0186 MAG

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Diplomatic Security Service, Department of State

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.
3-08-70121 JCS

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WENDY M. THOMAS

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:        Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6                              E-filing
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,     )   No.
                                   )
13 |     Plaintiff,                )   VIOLATIONS: Title 18, United States
                                   )   Code § 1028(a)(4) – Possession of an
14 |     v.                        )   Identification Document with the Intent to
                                   )   Defraud the United States (Class A
15 | KEVIN THO NGUYEN,             )   Misdemeanor)
   | a/k/a Thiet Nguyen,           )
16                                 )
   |     Defendant.                )   SAN FRANCISCO VENUE
17                                 )
   |_____)
18
19
20                              INFORMATION

21  The United States Attorney charges:

22     On or about May 3, 2000, in the Northern District of California, the defendant,

23                           KEVIN THO NGUYEN,
                             a/k/a Thiet Nguyen,
24
25  knowingly possessed an identification document not issued lawfully for the use of the defendant,

26  to wit: a California Driver's License bearing

27  //

28  //

INFORMATION                     Page 1 of 2

1 | the name THIET NGUYEN, with the intent that the document be used to defraud the United
2 | States in violation of Title 18, United States Code, Section 1028(a)(4), a Class A Misdemeanor.

3
4 | DATED: *February 22, 2008*        JOSEPH P. RUSSONIELLO
                                       United States Attorney
5
6
7                                      */s/ Kyle F. Waldinger*
                                       KYLE F. WALDINGER
8                                      Chief, Major Crimes Section

9 | (Approved as to form: */s/ Wendy Thomas* )
                          WENDY THOMAS
10                        Special Assistant United States Attorney

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION                         Page 2 of 2