**FILED**

AUG 2 6 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08 - 186 JCS |
| Plaintiff, | ) ) | **VOLUNTARY SURRENDER ORDER** |
| vs. | ) | |
| KEVIN NGUYEN, | ) | |
| Defendant. | ) | |

The defendant shall voluntarily surrender to the United States Marshal's Office no later than 12:00 noon on September 2, 2008.

Dated: 8/26/08

Joseph C. Spero
United States Magistrate Judge

1